**No. 51356.**—Protests 87683–K, etc., of Robert E. Landweer et al. (Seattle).

Opinion by MOLLISON, J.  It was stipulated that the lifeboats in question are the same in all material respects as the vessel involved in *Tregoning Boat Co. v. United States* (15 Cust. Ct. 196, C. D. 971).  In accordance therewith it was held that the lifeboats are not subject to duty on the ground that they are "vessels" within the definition contained in 1 U. S. C. § 3.